# EXHIBIT A:
# Deployment Order Received by
# U.S. Army Major
# Captain Connie Rhodes,
# M.D. F.S.

# Exhibit B:
# Affidavit of Neal Sankey
# And list of
## Addresses and
## Social Security Numbers
## Utilized by Barack H. Obama
## And Documents
## Attached thereto
## Concerning B.H. Obama's
## Abuse of Social Security
## Numbers

# Exhibit C: Photocopy of Alleged Kenya Birth Certificate issued in 1964 concerning B.H. Obama

# Exhibit D:
# "Army Values" Card

# Exhibit E:

# Exhibit F:

# Exhibit G:
# Executive Order Concerning Presidential Records

**http://edocket.access.gpo.gov/2009/pdf/E9-1712.pdf**