# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 9/4/09                          **CASE #:** 4:09-CV-106 (CDL)

**CASE TITLE:** Rhodes v. MacDonald

**DOCUMENT #:** 1

**DOCUMENT TITLE:** Complaint

## One of the following errors/deficiencies has been identified in the document listed above:

☐    Document e-filed in wrong case

☐    Document linked to incorrect document

☐    Document exceeds page limits

☐    Document requires leave of Court before filing

☐    Dismissal must be signed by all parties who have appeared OR by leave of court.  ( See Federal Rule of Civil Procedure 41.)

☐    Incorrect case number on document

☐    Incorrect event used - use event

☒    Document is not signed

☐    Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed

☐    Certificate of service is missing

☐    Corporate Parents and/or Other Affiliates were not added.

☐    Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing*)

☐    Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.

☒    Other:          Exhibits not attached; Civil Cover Sheer not included

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐     Docket entry has been corrected

☐     Other:


## CORRECTIVE ACTION REQUIRED BY THE FILER

☐     Document must be re-filed

☐     Document must be re-filed and corporate parents/other affiliates added.

☐     Amended document must be re-filed (and re-noticed) if applicable

☐     Please file a motion for leave to file document

☐     No further action required by the filer

☐     E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov). On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☒     Other:          Please remember to "s" signatures. Additionally, a JS44, Civil Cover sheet should accompany all complaints. Exhibits were not attached as outlined in the complaint and must be filed.


Gregory J. Leonard, Clerk


By: s/ Timothy L. Frost
     Deputy Clerk