09154:04C
CPT RHODES, CONNIE 015465

Event: Operation Iraqi Freedom
Purpose: PROFIS
Unit Supported: WBN1AA
Interest Level: ROUTINE
Be Prepared To (BPT): No
Date Requested: 05/15/09
Deploy Date: 09/05/09
Return Date: 09/17/10
Suspense Date: 06/13/09
Funding: USE GWOT FUNDS
Comments:
Comments/Special Instructions: This is a PROFIS deployment request ISO the 501st ASMC (FT Campbell, KY) to OIF 09-11, IRAQ. PROFIS personnel have a 05 Sept 2009 CRC report date at Ft Benning, GA. Personnel should arrive at the CRC no earlier than 0900 but NLT 1800. PROFIS personnel arriving at Columbus Metropolitan Airport, Columbus, GA, should check in with the military liaison to utilize the no cost shuttle to the CRC with a copy of their orders. PROFIS personnel arriving at Hartsfield-Jackson International Airport, Atlanta, GA, must use commercial transportation to the CRC and claim it on their travel voucher. Tasking period is through 17 Sept 2010. Deployment is for 365 days or until mission complete not to exceed 7 days upon return for post deployment and reintegration training. The RMC will ensure personnel receive up to 30 days post deployment leave prior to assuming normal duties at their assigned MTF. Personnel deploy in a TCS status. TCS orders are the responsibility of the losing unit per AR 601-142 para 6i4a. Use format 401 IAW AR 600-8-105. Parent unit will use TCS orders to obtain travel to the deploying unit, and claim travel expenses. PROFIS are required to bring packing list items as provided by Unit POCs 1SG Andrew Kester (270) 412-3352 or CPT Nakia Hall (270) 412-3356. Duty will be under field conditions. Bring ACUs and OCIE as issued from the parent installation. TOE unit will issue weapons and protective mask. Deploying personnel must bring credit card to pay for initial upfront costs. Have available all SRP documentation; DD Form 2766/ Deployment Health Record, DD Form 2795/Pre-deployment Health Assessment, PHS Form 731, Immunizations Record, current DA Form 8288, ID Card, 2 sets ID tags with 2 sets allergy tags if applicable, Geneva Convention Card DD 1934, updated HIV test (within the last twelve (12) months of deployment), record of DNA sample on file in MEDPROS and training requirements (CTT, APFT, Weapons Qualification Record). Complete routine personal SRP (Will, family care plan, and finances), Medical SRP, Dental SRP, POV and HHG storage plan, professional certifications, and training and family readiness requirements prior to reporting to the CRC. Change of Rater (COR) Officer Evaluation Report (OER) must be completed with a recommended close-out date of 1 Sept 2009, in addition to any OERs and NCOERs that must be rendered on any subordinate personnel as a result of this deployment. Providers must contact their credentials office to coordinate preparation of an inter-facility credential transfer brief (ICTB) in anticipation of forwarding to the servicing MTF within the area of operations. Privileged healthcare providers are required to maintain a copy of the ICTB while deployed. PROFIS should bring copies of all licenses and certifications (ATLS, BTLS, CPR, etc). Personnel deploying to the CENTCOM AOR through CRC are required to complete Theatre-Specific Individual Training (TSIRT) before deployment to theater. Instructions for completing TSIRT Pre-Certification are located in the PPG at http://www.armyg1.army.mil/militarypersonnel/ppg.asp Chapter 5-7(e). Provide POC information (telephone, address, email address) to Next of Kin and Family Readiness Groups with an alternate if possible. If available, bring: insect repellant for clothing, insect repellant spray, 90-day (DOS) minimum of all current medications, minimum of 30 DOS (60 DOS is recommended) of personal hygiene items, (2) pair eye glasses and protective mask inserts (if required) and copy of prescription. Excess baggage is authorized not to exceed four pieces upon receipt of issued OCIE from CRC. No civilian luggage or footlockers authorized. PROFIS providing unit is responsible for funding travel to and from CRC at Fort Benning, GA per AR 601-142. Recommend PROFIS travel by air. IAW the Personnel Policy Guidance (PPG), Chapter 4-8, reimbursement for travel by POV will not exceed the government's cost of an airline ticket if less than POV travel cost and installation commanders are not authorized to grant the use of rental cars. For more information visit the PPG on-line at http://www.armyg1.army.mil/MILITARYPERSONNEL/PPG.ASP. Before arriving to CRC, personnel must review the CRC website for information on making a reservation, mandatory training, and required documents to bring at https://www.benning.army.mil/crc/. Unit POC is 1SG Andrew Kester @ 270-412-3352/cell 910-528-4725 or andrew.kester@conus.army.mil. 86th CSH POC is SGT Rony Soltis @ 270-956-3932. 44th MEDCOM POC is CPT Anthony Spears @ 910-907-3439 or anthony.j.spears@conus.army.mil; MEDCOM POC: SFC James Reid, email: james.s.reid@amedd.army.mil.