```
********************************************************************************
```

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **111 S KING ST**
City, State, Zip - **HONOLULU HI 96813-3504**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Jan 90**

```
********************************************************************************
```

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Feb 92**

```
********************************************************************************
```

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Nov 95**

```
********************************************************************************
```

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 100**
City, State, Zip - **HONOLULU HI 96826-1106**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**

Deceased - **Yes**
Date Record Verified - **Jan 95 - Jan 96**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **5578B M APT 37**
City, State, Zip - **GRAWN MI 49637**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **557-31-xxxx**
Age - **46**
Date of Birth - **1963**
Deceased - **No**
Date Record Verified - **May 97**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1512 SPRECKELS ST APT 402**
City, State, Zip - **HONOLULU HI 96822-4660**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Jan 87**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Mar 87 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 95**
*********************************************************************************************************

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 94 - Jan 95**
*********************************************************************************************************

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **235 E 40TH ST APT 8F**
City, State, Zip - **NEW YORK NY 10016-1747**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified -
*********************************************************************************************************


*********************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 S**
City, State, Zip - **HONOLULU HI 96822**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 90 - Dec 91**
*********************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 SPRECKELS ST STE E402**
City, State, Zip - **HONOLULU HI 96822-4658**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 92**
*******************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Mar 87 - Aug 07**
*******************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 95**
*******************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 94 - Jan 95**
*******************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **235 E 40TH ST**
City, State, Zip - **NEW YORK NY 10016-1744**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**

Deceased - **No**
Date Record Verified - **Apr 93**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAC**
Street Address - **3 MULTIPLE ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-451-8454 - MDT**
Telephone Accountholder -
Social Security - **156-42-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 PENNSYLVANNIA**
City, State, Zip - **BEVERLY HILLS CA 90210**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **355 POMELO AVE**
City, State, Zip - **BREA CA 92821-4129**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **537-36-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 WHITE HOUSE**
City, State, Zip - **IRVINE CA 92618**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **3535 OLIVE ST**
City, State, Zip - **DENVER CO 80207-1523**
Probable Current Address - **No**
Telephone - **303-222-5673 - MDT**
Telephone Accountholder -
Social Security - **456-73-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-545-0199 - MDT**
Telephone Accountholder -
Social Security - **011-23-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 WASHINGTON RIDGE RD**
City, State, Zip - **NEW MILFORD CT 06776-2248**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1400 PENNSYLVANIA AVE SE**
City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **201-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1600 PENN AVE NW**
City, State, Zip - **WASHINGTON DC 20007**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **10 OHIO AVE**
City, State, Zip - **WASHINGTON DC 20059-0001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1600 PENNSYLVANIA AVE NW**
City, State, Zip - **WASHINGTON DC 20500-0003**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **713 HART SENATE**
City, State, Zip - **WASHINGTON DC 20510-0001**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **282-80-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **15 A 1A**
City, State, Zip - **MANALAPAN FL 33462**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **APPLE ST**
City, State, Zip - **MELBOURNE FL 32940**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **762-41-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1603 RUCKER RD**
City, State, Zip - **ALPHARETTA GA 30004-1435**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **579-02-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **CNN LIVE**
City, State, Zip - **ATLANTA GA 30303**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **189-16-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1305 LEE RD**
City, State, Zip - **COLUMBUS GA 31904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **420-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - Mar 08**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **423-29-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **559 W GOLF RD**
City, State, Zip - **ARLINGTON HEIGHTS IL 60005-3904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **14 W ERIE ST**
City, State, Zip - **CHICAGO IL 60610-5397**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 05 - Jan 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 1 EAST VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 02 - May 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **6102 W GIDDINGS ST APT 1**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **7436 S EUCLID AVE**
City, State, Zip - **CHICAGO IL 60649-3626**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 93**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **567 WESTLY N**
City, State, Zip - **MOUNT PROSPECT IL 60056**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **610 E OLD WILLOW RD**
City, State, Zip - **PROSPECT HEIGHTS IL 60070-1913**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 06 - Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **56 THORNTON RD**
City, State, Zip - **NEEDHAM MA 02492-4330**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified - **Jul 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 MAIN ST**
City, State, Zip - **WESTFORD MA 01886-2550**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **3660 RUE FORET APT 191**
City, State, Zip - **FLINT MI 48532-2852**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **LANSING MI 48910**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 07 - Jul 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **4322 VALLEY DR NW**
City, State, Zip - **ROCHESTER MN 55901-6691**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **23**
Date of Birth - **Sep 11, 1985**
Deceased - **No**
Date Record Verified -

```
********************************************************************************
```

Name - **OBAMA, BARACK**
Street Address - **83775 BATES RD**
City, State, Zip - **JACKSON NJ 08527**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **485-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**

```
********************************************************************************
```

Name - **OBAMA, BARACK**
Street Address - **5315 GORNIAK DR**
City, State, Zip - **PARLIN NJ 08859-1315**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**

```
********************************************************************************
```

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **107 RAVENS CREST DR E**
City, State, Zip - **PLAINSBORO NJ 08536-2488**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**

```
********************************************************************************
```

Name - **OBAMA, BARACK**
Street Address - **625 WREN CT**
City, State, Zip - **W HEMPSTEAD NY 11552-3815**
Probable Current Address - **Yes**
Telephone - **516-505-2359 - EDT**
Telephone Accountholder - **OBAMA BARACK**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -

```
********************************************************************************
```

Name - **OBAMA, BARACK**
Street Address - **810 E 13TH AVE**
City, State, Zip - **EUGENE OR 97401-3742**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **218 FLYERS PKWY**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone - **770-404-4044**
Telephone Accountholder -
Social Security - **410-00-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **918 BAINBRIDGE ST**
City, State, Zip - **PHILADELPHIA PA 19147**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 07 - Aug 07**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 CATHARINE ST**
City, State, Zip - **PHILADELPHIA PA 19147-3009**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified - **Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **CHARLESTON SC 29464**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **4034 BRICK CHURCH PIKE**
City, State, Zip - **NASHVILLE TN 37207-1515**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **427-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 NW 33 AVE**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **675-54-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 33RD AVE NW**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **2129 LEMART ST**
City, State, Zip - **GRAND PRAIRIE TX 75051-4034**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **435 DALLAS AVE**
City, State, Zip - **LANCASTER TX 75146**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **110 N UNIVERSITY AVE**
City, State, Zip - **LUBBOCK TX 79415-2845**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1464 CARRINGTON LN**
City, State, Zip - **CENTERVILLE UT 84014-1282**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **PO BOX 1236**
City, State, Zip - **PROVO UT 84603-1236**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **901-09-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 07 - Jan 08**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **111 WHITE HOUSE DR**
City, State, Zip - **SALT LAKE CTY UT 84115**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **111 PENNSYLVANIA AVE**
City, State, Zip - **WASHINGTON UT 84780**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **799-89-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 07 - Feb 08**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **8521 MIRANDA LN**
City, State, Zip - **WOODBRIDGE VA 22191**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
********************************************************************************************

Name - **OBAMA, BARACK**

Street Address - **OBAMA LN**
City, State, Zip - **FRANKLIN WI 53132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
****************************************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **1212 RAINTREE DR**
City, State, Zip - **FORT COLLINS CO 80526-1871**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
****************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **1034 S BROAD ST**
City, State, Zip - **CARLINVILLE IL 62626-2122**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
****************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **180 N LA SALLE ST APT 2200N**
City, State, Zip - **CHICAGO IL 60601-2501**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 07**
****************************************************************************************************

Name - **OBAMA, BARACK H**

Gender - **Male**
Street Address - **1440 E 52ND ST**
City, State, Zip - **CHICAGO IL 60615-4131**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified - **Apr 86**
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 EASTVIEW PARK S APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5429 S HARPER AVE APT 1N**
City, State, Zip - **CHICAGO IL 60615-5548**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Oct 86**
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5324 S KIMBARK AVE**
City, State, Zip - **CHICAGO IL 60615-5287**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jun 88 - Dec 90**
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **N 1N**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jan 88**
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VW**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **000-684-4809**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 E VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**

Date Record Verified -
**************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VIEW PARK**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
**************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **7436 S EUCLID**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
**************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **123 NOWHERE ST**
City, State, Zip - **VALPARAISO IN 46385**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
**************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **295 HARVARD ST # 1505**
City, State, Zip - **CAMBRIDGE MA 02139-2382**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*********************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
*********************************************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **4085 JACOBS LNDG**
City, State, Zip - **SAINT CHARLES MO 63304-7495**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-88-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
*********************************************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **1322 MAIN ST**
City, State, Zip - **TRENTON MO 64683-1825**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
*********************************************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **123 ANYSTREET**
City, State, Zip - **DALLAS TX 75254**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **300 MASSACHUSETTS AVE NW**
City, State, Zip - **WASHINGTON DC 20001-2629**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **180 N LA SALLE ST STE 2200**
City, State, Zip - **CHICAGO IL 60601-2610**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK # 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 02 - Jul 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05**
********************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05**
********************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **54501 E VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 97 - Aug 04**
********************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **PO BOX 49798**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Sep 99**
********************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **119**
Date of Birth - **1890**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK J SR**
Street Address - **225 ROBINSON S**
City, State, Zip - **STRATFORD TX 79084**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK OBAM**
Street Address - **5131 RFD**
City, State, Zip - **LONG GROVE IL 60047**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK USSEN**
Street Address - **1911 52ND AVE**
City, State, Zip - **MOLINE IL 61265-6381**
Probable Current Address - **Yes**
Telephone - **309-736-1217 - CDT**
Telephone Accountholder - **OBAMA BARACK USSEN**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1619 S BENTLEY AVE**
City, State, Zip - **LOS ANGELES CA 90025-3586**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1009 DIGITAL HWY**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-61-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 05 - Apr 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1680 VIDEO DR**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-99-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 05 - Mar 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **3600 ONEIDA ST**
City, State, Zip - **DENVER CO 80207-1532**
Probable Current Address - **No**
Telephone - **303-698-7659 - MDT**
Telephone Accountholder -
Social Security - **365-98-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-231-4876 - MDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **22 SCOTT RD**
City, State, Zip - **SOUTHINGTON CT 06489**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **123 SOUTH DR**
City, State, Zip - **MIAMI SPRINGS FL 33166-5921**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **606-34-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **258 WHITE HOUSE RD**
City, State, Zip - **GERMANTOWN MD 20872**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **348 6TH ST**
City, State, Zip - **SOUTH AMBOY NJ 08879-1251**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
*********************************************************************************************

Name - **OBAMA, BARAK**
Gender - **Male**
Street Address - **3531 PROSPECT AVE**
City, State, Zip - **SHADYSIDE OH 43947-1143**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
*********************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1835 AUGUSTA DR**
City, State, Zip - **JAMISON PA 18929-1085**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Feb 12, 1991**
Deceased - **No**
Date Record Verified -
*********************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **2700 ARDMORE ST**
City, State, Zip - **SWISSVALE PA 15218**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **262-55-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
*********************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1234 PIPER LN**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-78-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1234 HAPPY ST SE**
City, State, Zip - **COVINGTON WA 98042**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-22-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK H**
Street Address - **22 CREEK RD APT 27**
City, State, Zip - **IRVINE CA 92604-4760**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-56-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK H**
Street Address - **2 RETRIEVER CT**
City, State, Zip - **COLUMBUS GA 31909-4815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **256-65-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK QUINCY**
Street Address - **523 S EDGEWOOD AVE**
City, State, Zip - **LA GRANGE IL 60525-6132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 04 - Dec 04**

```
****************************************************************************************
```

Name - **OBAMA, BARAKE**
Street Address - **1313 LANE**
City, State, Zip - **BOCA RATON FL 33433**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **123-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**

```
****************************************************************************************
```

Name - **OBAMA, BARAQ H**
Street Address - **14300 NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684-7807**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Jul 08**

```
****************************************************************************************
```

Name - **OBAMA, BARAQ H**
Street Address - **143NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08**

```
****************************************************************************************
```

Name - **OBAMA, BARBARA**
Street Address - **506 605TH AVE**
City, State, Zip - **AURORA IL 60506**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 04 - Jan 05**

```
****************************************************************************************
```

Name - **OBAMA, BAROK**
Street Address - **5290 BARRINGTON RD**
City, State, Zip - **BARRINGTON IL 60192**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
*********************************************************************************************************

Name - **OBAMA, BAROK E**
Street Address - **535 WISCONSIN**
City, State, Zip - **CHEVY CHASE MD 20815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 06 - Feb 07**
*********************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **HOME**
City, State, Zip - **WESTMINSTER CA 92683**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
*********************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **123 VILLAGE DR**
City, State, Zip - **SHELTON CT 06484-1732**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*********************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **1420 PENNSYLVANIA AVE SE**

City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone - **202-548-2817 - EDT**
Telephone Accountholder -
Social Security -
Age - **19**
Date of Birth - **Mar 02, 1990**
Deceased - **No**
Date Record Verified -
*********************************************************************************************************

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **142354 JSDJDSNFC**
City, State, Zip - **APOPKA FL 32712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **456-55-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
*********************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **1601 S BAYSHORE DR**
City, State, Zip - **MIAMI FL 33133-4201**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Mar 04, 1991**
Deceased - **No**
Date Record Verified -
*********************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **916 EATON CT**
City, State, Zip - **LAKE VILLA IL 60046-5040**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
*********************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **1234 MAIN**
City, State, Zip - **ATTICA NY 14011**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **123 MAIN ST**
City, State, Zip - **COLUMBUS OH 43207**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **245-85-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Feb 09**
********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **12 BRIAN ROBERTS LN**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **2323 ARISTOTLE CT**
City, State, Zip - **FAIRFAX VA 22030**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-59-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
********************************************************************************************

Name - **OBAMA, BARRACK B**
Gender - **Male**
Street Address - **485 KIMBALL CROSSING DR**
City, State, Zip - **JASPER TN 37347-5650**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK H**
Gender - **Male**
Street Address - **123 MAGNOLIA AVE**
City, State, Zip - **RIVERSIDE CA 92887**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRAK**
Street Address - **611 N CAPITOL AVE**
City, State, Zip - **INDIANAPOLIS IN 46204-1205**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **264-87-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRAK W JR**
Street Address - **1001 SE 135TH AVE**
City, State, Zip - **PORTLAND OR 97233-1924**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK**
Street Address - **363 NOTLEM ST**
City, State, Zip - **FORT PIERCE FL 34982-7358**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
*********************************************************************************************************

Name - **OBAMA, BARROK O**
Street Address - **123 EAST LN**
City, State, Zip - **LAKE BARRINGTON IL 60010-1939**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
*********************************************************************************************************

Name - **OBAMA, BARRY**
Street Address - **5003 OAK HILL DR**
City, State, Zip - **WINTER PARK FL 32792-9253**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 08 - Oct 08**
*********************************************************************************************************

Name - **OBAMA, BARRY M**
Gender - **Male**
Street Address - **1923 WASHINGTON ST**
City, State, Zip - **ASHEVILLE NC 28803**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
*********************************************************************************************************

Name - **OBAMA, BATOCK**
Street Address - **123 MAIN ST**
City, State, Zip - **NORTH CHICAGO IL 60064**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BENEDICTO**
Street Address - **8870 ROYAL MANOR DR**
City, State, Zip - **ALLISON PARK PA 15101-4712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND H**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1318**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **44**
Date of Birth - **Jan, 1965**
Deceased - **No**
Date Record Verified - **Dec 95 - Feb 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND H OBANG**
Gender - **Male**
Street Address - **11235 OAK LEAF 1720 DR**
City, State, Zip - **SILVER SPRING MD 20901**
Probable Current Address - **No**
Telephone - **301-345-0961 - EDT**
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 97 - May 04**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND O**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1306**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **45**
Date of Birth - **1964**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BETTY**
Street Address - **123 MOHEGAN AVE**
City, State, Zip - **NORTH BRANFORD CT 06471**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BILLY**
Street Address - **10 7TH ST APT 714**
City, State, Zip - **BUFFALO NY 14201-2214**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BINLAD SR**
Street Address - **20823 BRYANT ST**
City, State, Zip - **WINNETKA CA 91306-1214**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BO**
Street Address - **7363 THOMAS**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
*************************************************************************************************

Name - **OBAMA, BOB**
Street Address - **12 JACKSON AVE**
City, State, Zip - **WEST HARTFORD CT 06110-1013**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
*************************************************************************************************

Name - **OBAMA, BOB**
Street Address - **4258 FAIRMONT DR**
City, State, Zip - **NAPERVILLE IL 60564**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
*************************************************************************************************

Name - **OBAMA, BOB A**
Street Address - **5719 CANAL N # 4**
City, State, Zip - **SPOKANE WA 99216**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-31-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
*************************************************************************************************

Name - **OBAMA, BORACK**
Street Address - **222 20TH ST**
City, State, Zip - **SAN DIEGO CA 92102-3812**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **560-11-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **1966 BROADWAY ST NE**
City, State, Zip - **SALEM OR 97301-8336**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **3112 1 2 ST**
City, State, Zip - **SAINT AUGUSTINE FL 32080**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **213-47-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Dec 08**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **1213 W MAIN ST**
City, State, Zip - **FORT WAYNE IN 46808-3334**
Probable Current Address - **No**
Telephone - **260-456-9874 - EDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRACK**
Street Address - **WHITE HOUSE**
City, State, Zip - **BALTIMORE MD 21454**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **410-67-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRIANNA**
Street Address - **2612 MALDEN DR**
City, State, Zip - **NASHVILLE TN 37210-5434**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BURAK**
Street Address - **16330 BRIDGEWALK DR**
City, State, Zip - **LITHIA FL 33547-4800**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Jan 18, 1991**
Deceased - **No**
Date Record Verified -