Orly Taitz, Esq
Attorney & Counselor at Law
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
ph. 949-683-5411
fax 949-586-2082
California Bar ID No. 223433
(Renewed Application for Admission ***Pro Hac Vice***
U.S.D.C. Middle District of Georgia to be
Submitted by September 4, 2009)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMUS DIVISION
120 12th Street    P.O. Box 124    Columbus, Georgia 31902

| | | |
|---|---|---|
| CAPTAIN CONNIE RHODES, M.D. F.S., § | | |
| Plaintiff, § | Civil Action No:_____ | |
| § | | |
| v. § | | |
| § | | |
| COLONEL THOMAS D. MACDONALD, § | | |
| GARRISON COMMANDER, FORT § | REQUEST FOR EMERGENCY | |
| BENNING, GEORGIA, § | HEARING ON TRO | |
| GEORGE STEUBER, DEPUTY § | | |
| COMMANDER, FORT BENNING, § | PLAINTIFF'S ORDERS and | |
| DR. ROBERT M. GATES, UNITED § | CHALLENGED DEPLOYMENT | |
| STATES SECRETARY OF DEFENSE, § | are for | |
| ARACK HUSSEIN OBAMA, ***de facto*** § | SEPTEMBER 12, 2009 | |
| PRESIDENT of the UNITED STATES, § | | |
| Defendants. | | |

REQUEST FOR EMERGENCY HEARING ON PRELIMINARY INJUNCTION

If this Court cannot grant Plaintiff's Application for TRO immediately and without hearing, Plaintiff respectfully requests a hearing be set for September 9-10, 2009.

Respectfully submitted,

WEDNESDAY September 2, 2009

By:_____
Orly Taitz, DDS, Esq.
California Bar ID No. 223433

FOR THE PLAINTIFF
**Captain Connie Rhodes, M.D. F.S.**
**APPLICATION TO APPEAR PRO HAC VICE PENDING IN M.D.FLA.**
26302 La Paz, Suite 211
Mission Viejo Ca 92691
29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688
Ph. W.: 949-586-8110 Cell: 949-683-5411
Fax 949-586-2082
E-MAIL: dr_taitz@yahoo.com

## CERTIFICATE OF SERVICE

The above-and-foregoing Request for Emergency Hearing September 9-10 on Rule 65 Application for TRO and Preliminary Injunction: suspending all deployments, but especially Plaintiff's deployment on the grounds that 10 U.S.C. §938 and Army Regulation 27_10 are and ought to be declared unconstitutional both on their faces and as applied, was served by facsimile and/or hand delivery on Wednesday, September 4, 2009, on the following parties:

Colonel Thomas D. MacDonald
Garrison Commander, Fort Benning, Georgia
Hugh Randolph Aderhold , Jr.
PO Box 1702
Macon , GA 31202-1702
478-621-2728
Email: Randy.Aderhold@usdoj.gov

Col. Louis B. Wingate
**U. S. Army Human Resources Command-St. Louis**
**1 Reserve Way, St. Louis, MO 63132** .

Dr. Robert M. Gates, Secretary of Defense, by and through the Pentagon:
1000 Defense Pentagon  Washington, DC 20301-1000

MAJOR REBECCA E. AUSPRUNG
Department of the Army
U.S. Army Litigation Division
901 North Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: 703-696-1614
Email: Rebecca.Ausprung@us.army.mil

President Barack Hussein Obama,
At
The White House
1600 Pennsylvania Avenue

Washington, D.C. 20500

by and through the Attorney General of the United States, Eric Holder, at

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and Maxwell Wood, United States Attorney for the Middle District of Georgia, at

U.S. Attorney's Office   Gateway Plaza   300 Mulberry Street, 4th Floor   Macon, Georgia 31201   Tel: (478) 752-3511

And also at:

Columbus Division   1246 First Avenue   SunTrust Building, 3rd Floor   Columbus, Georgia 31901   Tel: (706) 649-7700.

**A. Brian Albritton**
**United States Attorney for the**
**Middle District of Florida**
**400 N. Tampa Street, Suite 3200**
**Tampa, Florida 33602**
**Phone: (813) 274-6000**
**Fax : (813) 274-6358**

_____
Attorney Orly Taitz, Esquire, for the Plaintiff
Captain Connie Rhodes, M.D. F.S.

# EXHIBIT A: Deployment Order Received by U.S. Army Major Captain Connie Rhodes, M.D., F.S.