AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:09-CV-106-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* THOMAS D. MACDONALD
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CAPT. JULIE STOCKELMAN, who is designated by law to accept service of process on behalf of *(name of organization)* GARRISON COMMANDER AT FORT BENNING, GA on *(date)* 9/09/09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/09/09

*Server's signature*

TOM TERRY
*Printed name and title*

613 MEAD ST. SE
ATLANTA, GA 30312

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| CONNIE RHODES <br> *Plaintiff* <br> v. <br> THOMAS D. MACDONALD, et. al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:09-CV-106-CDL <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THOMAS D. MACDONALD
GARRISON COMMANDER, FT BENNING, GA
6751 CONSTITUTION LOOP, STE 550
FT. BENNING, GA 31905-5000

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Orly Taitz, esq.
26302 La Paz Ste 211
Mission Viego, CA 92691

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/9/09

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:09-CV-106-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  DR. ROBERT M. GATES

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SHEETUL S. WALL, who is designated by law to accept service of process on behalf of *(name of organization)* US DEPT. OF DEFENSE on *(date)* 9/09/09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/09/09

*Server's signature*

TOM TERRY
*Printed name and title*

613 MEAD ST. SE
ATLANTA, GA 30312

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| CONNIE RHODES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:09-CV-106-CDL |
| THOMAS D. MACDONALD, et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DR. ROBERT M. GATES, SECRETARY OF DEFENSE
THE PENTAGON, 1000 DEFENSE, WASHINGTON, DC 20301-1000
C/O ERIC HOLDER, U.S. ATTORNEY GENERAL
C/O G.F. PETERSON III, ACTING U.S. ATTORNEY FOR THE MIDDLE DISTRICT OF GA
1246 FIRST AVE., 3RD FLOOR, COLUMBUS, GA 31901

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Orly Taitz, esq.
26302 La Paz Ste 211
Mission Viego, CA 92691

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/9/2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:09-CV-106-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **BARACK OBAMA**

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **SHEETUL S. WALL**, who is designated by law to accept service of process on behalf of *(name of organization)* **THE PRESIDENT OF THE U.S.** on *(date)* **9/09/09** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **9/09/09**

_____
Server's signature

**TOM TERRY**
Printed name and title

**613 MEAD ST. SE**
**ATLANTA, GA 30312**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| CONNIE RHODES<br>*Plaintiff*<br>v.<br>THOMAS D. MACDONALD, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 4:09-CV-106-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FOR BARACK OBAMA, PRESIDENT OF THE UNITED STATES, AND
~~DR. ROBERT M. GATES, U.S. SECRETARY OF THE DEFENSE~~
G.F. PETERSON III, ACTING U.S. ATTORNEY FOR THE MIDDLE DISTRICT OF GA
1246 FIRST AVE., 3RD FLOOR
COLUMBUS, GA 31901

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Orly Taitz, esq.
26302 La Paz Ste 211
Mission Viego, CA 92691

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/9/09

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:09-CV-106-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* GEORGE STEUBER
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CAPT. JULIE STOCKELMAN, who is designated by law to accept service of process on behalf of *(name of organization)* GARRISON DEPUTY COMMANDER AT FT. BENNING, GA on *(date)* 9/09/09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/09/09

*Server's signature*

TOM TERRY
*Printed name and title*

613 MEAD ST. SE
ATLANTA, GA 30312

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| CONNIE RHODES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:09-CV-106-CDL |
| THOMAS D. MACDONALD, et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GEORGE STEUBER
DEPUTY COMMANDER, FT BENNING, GA
6751 CONSTITUTION LOOP, STE 550
FT. BENNING, GA 31905-5000

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Orly Taitz, esq.
26302 La Paz Ste 211
Mission Viego, CA 92691

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/9/09

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:09-CV-106-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* G.F. PETERSON III
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* SHEETUL S. WALL , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. DEPT. OF JUSTICE
on *(date)* 9/09/09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/09/09

_____
Server's signature

TOM TERRY
Printed name and title

613 MEAD ST. SE
ATLANTA, GA 30312

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | | |
|---|---|---|
| CONNIE RHODES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:09-CV-106-CDL |
| THOMAS D. MACDONALD, et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ~~BARACK OBAMA, PRESIDENT OF THE UNITED STATES~~
~~THE WHITE HOUSE, 1600 PENNSYLVANIA AVE., WASHINGTON, DC 20500~~
~~C/O ERIC HOLDER, U.S. ATTORNEY GENERAL~~
~~C/O~~ G.F. PETERSON III, ACTING U.S. ATTORNEY FOR THE MIDDLE DISTRICT OF GA
1246 FIRST AVE., 3RD FLOOR, COLUMBUS, GA 31901

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Orly Taitz, esq.
26302 La Paz Ste 211
Mission Viego, CA 92691

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/9/2009

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*