Orly Taitz, Esq
Attorney & Counselor at Law
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
ph. 949-683-5411
fax 949-586-2082
California Bar ID No. 223433
(Renewed Application for Admission *Pro Hac Vice*
U.S.D.C. Middle District of Georgia to be
Submitted by September 4, 2009)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMUS DIVISION
120 12th Street ☐P.O. Box 124 ☐Columbus, Georgia 31902

| | | |
|---|---|---|
| CAPTAIN CONNIE RHODES, M.D. F.S.,§ | | |
| Plaintiff, § | | Civil Action No:_____ |
| § | | |
| v. § | | |
| § | | |
| COLONEL THOMAS D. MACDONALD, § | | |
| GARRISON COMMANDER, FORT § | | |
| BENNING, GEORGIA, § | | |
| GEORGE STEUBER, DEPUTY § | | PLAINTIFF'S DEMAND FOR |
| COMMANDER, FORT BENNING, § | | TRIAL BY JURY PURSUANT |
| DR. ROBERT M. GATES, UNITED § | | TO 28 U.S.C. §1861, RULE 38, |
| STATES SECRETARY OF DEFENSE, § | | and the Seventh Amendment |
| BARACK HUSSEIN OBAMA, *de facto* § | | to the Constitution of the |
| PRESIDENT of the UNITED STATES, § | | United States of America |
| Defendants. | | |

**PLAINTIFF'S DEMAND FOR TRIAL-BY-JURY OF ALL ISSUES BY COMMON LAW**

Plaintiff Demands a Trial-by-Jury of all issues so triable under the Seventh Amendment, and that all mixed questions of fact and law also be so tried according to lawful and binding precedent. Pursuant to the Seventh Amendment, Plaintiff asks that all issues of fact be tried by a common law jury and thus granted final and conclusive effect as required by common law and the constitution, it being the stated policy of the United States Government to respect

all demands for Trial-by-Jury pursuant to 28 U.S.C. §1861 and Rule 38 of the Federal Rules of Civil Procedure.

                            Respectfully submitted,

WEDNESDAY September 2, 2009

By:_____
Orly Taitz, DDS, Esq.
California Bar ID No. 223433
FOR THE PLAINTIFF
**Captain Connie Rhodes, M.D. F.S.**
**APPLICATION TO APPEAR PRO HAC VICE PENDING IN M.D.FLA.**
26302 La Paz, Suite 211
Mission Viejo Ca 92691
29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688
Ph. W.: 949-586-8110 Cell: 949-683-5411
Fax 949-586-2082
E-MAIL: dr_taitz@yahoo.com

## CERTIFICATE OF SERVICE

The above-and-foregoing Demand for Common Law Trial-by-Jury under the Seventh Amendment was served by facsimile and/or hand delivery on Wednesday, September 2, 2009, on the following parties:

Colonel Thomas D. MacDonald
Garrison Commander, Fort Benning, Georgia
Hugh Randolph Aderhold , Jr.
PO Box 1702
Macon , GA 31202-1702
478-621-2728
Email: Randy.Aderhold@usdoj.gov

Col. Louis B. Wingate
**U. S. Army Human Resources Command-St. Louis**
**1 Reserve Way, St. Louis, MO 63132** .

Dr. Robert M. Gates, Secretary of Defense, by and through the Pentagon:
1000 Defense Pentagon  Washington, DC 20301-1000

MAJOR REBECCA E. AUSPRUNG
Department of the Army
U.S. Army Litigation Division
901 North Stuart Street, Suite 400

Arlington, VA 22203-1837
Tele: 703-696-1614
Email: Rebecca.Ausprung@us.army.mil

President Barack Hussein Obama,
At
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500

by and through the Attorney General of the United States, Eric Holder, at

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and Maxwell Wood, United States Attorney for the Middle District of Georgia, at

U.S. Attorney's Office ☐Gateway Plaza ☐300 Mulberry Street, 4th Floor☐Macon, Georgia 31201 ☐Tel: (478) 752-3511

And also at:

Columbus Division ☐1246 First Avenue ☐SunTrust Building, 3rd Floor ☐Columbus, Georgia 31901 ☐Tel: (706) 649-7700.

**A. Brian Albritton**
**United States Attorney for the**
**Middle District of Florida**
**400 N. Tampa Street, Suite 3200☐**
**Tampa, Florida 33602☐**
**Phone: (813) 274-6000☐**
**Fax : (813) 274-6358**

_____
Attorney Orly Taitz, Esquire, for the Plaintiff
Captain Connie Rhodes, M.D. F.S.