DEPARTMENT OF THE ARMY
HEADQUARTERS, 1ST INFANTRY DIVISION AND FORT RILEY
FORT RILEY, KANSAS 66442-5000

ORDERS 237-751                                              25 AUGUST 2009

RHODES CONNIE M                         CPT
USA MEDDAC           (W2P0AA)              FORT RILEY, KANSAS  66442

YOU ARE REASSIGNED AND/OR DEPLOYED AS SHOWN BELOW AND ARE TO RETURN TO YOUR
PERMANENT STATION UPON COMPLETION OF THE DUTIES IN SUPPORT OF THIS OPERATION.
YOU WILL SUBMIT A REVIEWED TRAVEL VOUCHER FOR THIS TRAVEL TO THE FINANCE OFFICE
WITHIN 5 WORKING DAYS AFTER RETURN TO HOME STATION.

**ASSIGNED TO:** 0501 MD CO ASMC (WBN1AA) FORT CAMPBELL, KY 42223
**PURPOSE:** THIS IS A MEDICAL AUGMENTATION DEPLOYMENT TASKING ISO 501ST ASMC.
**DEPLOYMENT OPERATION:** OIF 09-11
**NUMBER OF DAYS:** THIS DEPLOYMENT IS 365 DAY OR UNTIL MISSION COMPLETE (TO INCLUDE
  CRC AND TRAVEL).
**REPORTING DATE:** NLT 1800HRS 12 SEP 2009. SUNDAY INPROCESSING WILL CEASE.
**SECURITY CLEARANCE:** SECURITY CLEARANCE VERIFIED BY SOLDIER'S ORB 25 AUGUST 2009
**ACCOUNTING CLASSIFICATION:**
  21 9 2020.0000 B1 B1TC 135197 21T1/21T2/22NL RHO1902 VFRE F9FP2 AZVF2E 12161
  21 0 2020.0000 B1 B1TC 135197 21T1/21T2/22NL RHO1902 VFRE F9FP2 AZVF2E 12161
**MOVEMENT DESIGNATOR CODE:** PM09/PM00
**ADDITIONAL INSTRUCTIONS:** (A) ISO CONTROL NUMBER 09154.04C
   (B) INDIVIDUAL IS REQUIRED TO REPORT TO THE CONUS REPLACEMENT CENTER (CRC), FORT
BENNING, GA.
   (C) THIS IS TEMPORARY CHANGE OF STATION (TCS), SOLDIERS WILL BE ATTACHED TO
TCS DUTY STATIONS. NORMAL PCS ENTITLEMENTS, ALLOWANCES AND RELOCATION OF
FAMILY MEMBERS ARE NOT AUTHORIZED. CONSOLIDATED PERSONNEL POLICY GUIDANCE
(PPG) FOR OPERATIONS IRAQI FREEDOM, ENDURING FREEDOM AND NOBLE EAGLE ON THE
DCS, G-1 WEB SITE HTTP://WWW.ARMYG1.ARMY.MIL/MILITARYPERSONNEL/POLICY.ASP
   (D) SOLDIERS MUST SECURE A RESERVATION FOR THE CONUS REPLACEMENT CENTER (CRC)
IN ORDER TO ATTEND THE MANDATORY TRAINING ENROUTE TO THE CENTCOM AOR. MACOMS
WILL CALL THE ARMY TRAVELERS ASSISTANCE CENTER (ATAC) AT 1-800-582-5552 OR SEND
AN E-MAIL TO ATAC@HOFFMAN.ARMY.MIL.
   (E) TEMPORARY STORAGE OF HHG IS AUTHORIZED AS PROVIDED BY PARAGRAPH U4770-A,
JOINT FEDERAL TRAVEL REGULATION, THIS MAY IMPACT ON THE AUTHORIZATION FOR BAH.
CONTACT THE LOCAL TRANSPORTATION OFFICE FOR ASSISTANCE.
   (F) RECOMMEND DERVICE MEMBERS TRAVEL BY AIR. TRAVEL BY POV IS AUTHORIZED IF
DUTY IS IN CONUS AS NOT ADVANTAGEOUS TO THE GOVERNMENT; COST OF TRANSPORTATION
IS LIMITED TO OFFICIAL DIRECTED MODE; REIMBURSEMENT IS LIMITED TO THE
GOVERNMENT COST OF TRANSPORTATION. POV STORAGE IS AUTHORIZED CONTACT THE LOCAL
INSTALLATION TRANSPORTATION (ITO) OFFICER FOR ASSISTANCE.
   (G) TEMPORARY DUTY (TDY) HOUSEHOLD GOODS (HHG) WEIGHT ALLOWANCE IS AUTHORIZED
FOR CONUS AND OCONUS BASED PERSONNEL THAT ARE ON ACTIVE DUTY FOR A PERIOD
GREATER THAN 200-DAYS, EXCLUDING THOSE AREAS DESIGNATED AS HOSTILE FIRE/IMMINENT
DANGER PAY AREAS.
   (H) PERSONNEL ARE AUTHORIZED TWO DUFFLE BAGS, ONE RUCKSACK AND ONE CARRY-ON
BAG. NO CIVILIAN LUGGAGE OR FOOTLOCKERS AUTHORIZED.
   (I) SOLDIERS ARE AUTHORIZED THE SHIPMENT OF 3 CHECKED BAGS - ONE PERSONAL BAG
AND TWO ISSUED BAGS OF OCIE (NOT TO EXCEED 70 LBS/BAG) AND 1 STANDARD CARRY-ON
BAG ON AMC/CONTRACTED FLIGHTS. WHEN AMC OR CONTRACTED TRANSPORTATION IS NOT
AVAILABLE REIMBURSEMENT FOR 3 CHECKED BAGS WEIGHING MORE THAN 50LBS TO A MAX OF
70LBS PER BAG AUTHORIZED AS EXCESS BAGGAGE. UPON REDEPLOYMENT FROM THEATER,
SOLDIERS ISSUED ADDITIONAL OCIE UNDER THE RAPID FIELDING INITIATIVE (RFI) ARE
AUTHORIZED SHIPMENT OF ONE ADDITIONAL BAG (NOT TO EXCEED 70 LBS).
   (J) YOU WILL BRING ONLY THOSE ITEMS SPECIFIED IN CHAPTER 6 OF THE PPG OR OTHER
APPROPRIATE AUTHORITY. YOU WILL BE PROVIDED A LIST OF THOSE ITEMS FROM YOUR
SERVICING PERSONNEL SERVICE CENTER/COMPANY. TA-50 AND PROTECTIVE MASK WILL BE
ISSUED AT CRC.
   (K) SOLDIER READINESS PROCESSING WILL BE ACCOMPLISHED PRIOR TO DEPARTURE FROM
LOSING INSTALLATION/HOME STATION PER CHAPTER 4, AR 600-8-101. LOSING

INSTALLATION COMMANDER WILL DETERMINE THE EXTENT OF OUT-PROCESSING. SOLDIER WILL HAND CARRY OUT-PROCESSING PACKET; FIELD MILITARY PERSONNEL RECORDS JACKET (MPRJ) ALONG WITH ASSOCIATED TRANSFER DOCUMENTS, RECORDS, AND DEPLOYMENT PACKET TO THE GAINING PSC OR REPLACEMENT ACTIVITY.

(L)   GOVERNMENT QUARTERS AND DINING FACILITIES WILL BE USED AT THE REPLACEMENT ACTIVITY AND DURING DEPLOYMENT. ESSENTIAL UNIT MESS (EUM) HAS BEEN DECLARED BY ASSISTANCE SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS) ASA(M&RA) FOR THE MOBILIZATION AND DEMOBILIZATION SITES NOT TO EXCEED (10) DAYS.  MOSQ LOCATION WILL PROVIDE QUARTERS AND MESS. THE INSTALLATION COMMANDER WILL MAKE SEPARATE DETERMINATIONS AS THE AVAILABILITY OF MESS AND QUARTERS AND AS A LAST RESORT WILL ISSUE STATEMENT/CERTIFICATE OF NON-AVAILABILITY.  PER DIEM PAYABLE IS $3.00 PER DAY FOR CONUS AND $3.50 PER DAY FOR OCONUS. PER DIEM WILL NORMALLY BE PAID FOR THE TRAVEL TO GAINING STATION, OR REPLACEMENT ACTIVITY UNLESS PROHIBITED BY TRAVEL CIRCUMSTANCES.

(M)   DURING PERIOD OF DEPLOYMENT, GAINING/DEPLOYED UNIT COMMANDER HAS RESPONSIBILITY FOR PERSONNEL SERVICE SUPPORT TO INCLUDE AWARDS AND DECORATIONS, UCMJ, AND ALL OTHER FORMS OF PERSONNEL AND LEGAL ADMINISTRATION SUPPORT.

(N)   BASIC ALLOWANCE FOR HOUSING (BAH) FOR REGULAR ACTIVE DUTY SOLDIERS IS BASED UPON THEIR PERMANENT DUTY STATION.  RC SOLDIERS AND RETIRED SOLDIERS CALLED OR ORDERED TO ACTIVE DUTY BAH IS BASED ON THEIR PRINCIPAL PLACE OF RESIDENCE WHEN CALLED OR ORDERED TO THE TOUR OF ACTIVE DUTY.

(O)   SOLDIER MAY SUBMIT INTERIM TRAVEL VOUCHER IF OTHERWISE ENTITLED TO PER DIEM AND/OR TRAVEL FOR THE MONTHLY PAYMENT OF ACCRUAL TRAVEL PAYMENT. CARE SHOULD BE TAKEN TO KEEP ALL REQUIRED DOCUMENTS TO SUPPORT PAYMENTS/REQUEST FOR PAYMENTS. ALL DOCUMENTS WILL BE REQUIRED UPON FINAL SETTLEMENT VOUCHER.

(P)   USE OF LEAVE DURING THIS DEPLOYMENT IS RECOMMENDED FOR ALL SOLDIERS.  A COPY OF THE LEAVE RECORD WILL BE SUBMITTED UPON COMPLETION OF THIS OPERATION WITH THE FINAL SETTLEMENT VOUCHER.  IF UNABLE TO TAKE LEAVE TAKEN DURING THIS PERIOD A PAYMENT OF UNUSED LEAVE IS AUTHORIZED WITH NO IMPACT TO CAREER LEAVE SELL BACK OF 60 DAYS.

(Q)   ADDITIONAL MOVEMENT REQUIREMENTS WILL BE COMPLETED USING AMENDMENT ORDERS, FORMAT 700, MOVEMENT TO RETURN TO CONUS WILL ALSO BE COMPLETED USING A FORMAT 700.

(R)   SOLDIER REQUIRES ANTITERRORISM FORCE PROTECTION LEVEL I AWARENESS TRAINING COMPLETED WITH IN THE LAST TWO MONTHS.  ON LINE TRAINING IS AVAILABLE ON THE WEB AT HTTP://AT-AWARENESS.ORG.

(S)   COMPLETE ROUTINE PERSONAL SRP, MEDICAL, DENTAL, POV AND HHG STORAGE PLAN PRIOR TO REPORTING TO CRC.  ALL SRP DOCUMENTATION MUST BE AVAILABLE UPON REPORTING TO SRP.  CHANGE OF RATER, OFFICER EFFICIENCY REPORTS MUST BE COMPLETED PRIOR TO DEPARTING LOOSING UNIT IN ADDITION TO ANY OER/NCOER THAT MUST BE RENDERED ON ANY SUBORDINATE PERSONNEL.

(T)   PROVIDERS MUST CONTACT THEIR CREDENTIALS OFFICE TO COORDINATE PREPARATION OF AN INTER-FACILITY TRANSFER CREDENTIALS BRIEF (ITCB). PROVIDERS SHOULD BRING COPIES OF ALL LICENSES AND CERTIFICATIONS (ATLS, BTLS, CPR, ETC).

(U)   ALL SOLDIERS WILL REPORT HAVING COMPLETED ALL INDIVIDUAL DEPLOYMENT TRAINING FOR SOUTHWEST ASIA IN ACCORDANCE WITH FORSCOM TRAINING GUIDANCE FOR FOLLOW-ON FORCES DEPLOYING ISO OPERATIONS IN SOUTHWEST ASIA. TO SCHEDULE TRAINING AT AMEDD C&S CONTACT LTC ANTHONY L. MCQUEEN AT EMAIL: ANTHONY.MCQUEEN@AMEDD.ARMY.MIL / DSN (210) 221-8811 OR MR LAWRENCE K. ARAUJO AT EMAIL: LAWRENCE.ARAUJO@AMEDD.ARMY.MIL / DSN (210) 221-8811.

(V)   SOLDIERS SHOULD BRING THE FOLLOWING HOME UNIT TRAINING RECORDS - COPY OF FAMILY CARE PLAN IF APPLICABLE, INDIVIDUAL READINESS TRAINING RECORDS, CURRENT APFT CARD, CURRENT M16/M9 WEAPONS QUALIFICATION CARD, ANY APPLICABLE LICENSES SUCH AS DRIVER'S LICENSES, ETC. IF SOLDIERS HAVE A LIMITED DUTY PROFILE, ENSURE THE SOLDIER BRINGS A COPY OF DA 3349 FOR SUBMISSION. PERMANENT P3-P4 PROFILES OR PREGNANT PERSONNEL ARE NON-DEPLOYABLE.

(W)   IF DELAYED ENROUTE CALL 706-544-6500 IMMEDIATELY.

(X)   DEPLOYING PERSONNEL MUST BRING GOVERNMENT TRAVEL CARD TO PAY FOR INITIAL UPFRONT COSTS.

(Y)   ANTHRAX AND SMALL POX IMMUNIZATIONS ARE REQUIRED FOR THE DEPLOYMENT IN CENTCOM AOR.

ORDERS 237-751, HQ, 1ST INF DIV & FT RILEY  25 AUGUST 2009

   (Z)  SETTLEMENT VOUCHER MUST BE SUBMITTED WITHIN 5 WORKING DAYS OF COMPLETION OF
TRAVEL TO RESCOURSE MANAGEMENT, BDLG 512, ROOM 124, FORT RILEY, KS 66442-6511.
   (AA)  FT RILEY EOC NUMBER IS 1-800-873-04911, FOR ARMY USE.

FORMAT:  401

```
FOR THE COMMANDER:                       *******************
                                         *    OFFICIAL     *
                                         * FT RILEY, KS 66442 *
                                         * DHR             *
                                         *******************
                                         KENNETH F. STEGGEMAN
                                         DIRECTOR, HUMAN RESOURCES
```

DISTRIBUTION:
| | |
|---|---|
| IMWE-RLY-HRM-1 | (1) |
| DTMS, GARRISON LAND OPERATIONS, FT RILEY KS 66442 | (1) |
| CPT RHODES CONNIE M | (1) |
| CDR, USA MEDDAC FT RILEY KS 66442 | (1) |
| CDR, 0501 MD CO ASMC (WBN1AA) FORT CAMPBELL, KY 42223 | (1) |