**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA**



## MINUTE SHEET OF COURT PROCEEDINGS (CONTESTED/EVIDENCE ENTERED)

Date: 9/14/2009                                   Type of Hearing: TRO hearing

Judge: CLAY D. LAND                        Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela Sweeden       Interpreter: n/a

<u>*Case Number:*</u>   4:09-CV-106- (CDL)

Connie Rhodes                                   Counsel: Orly Taitz

   vs.

Thomas D. MacDonald, et al.              Counsel: Sheetul S. Wall; Rebecca E. Ausprung; Adam Kersey

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:*   1 hrs. 30 mins.

| | |
|---|---|
| 12:30 PM | Court called the case and recognized the parties. Plaintiff Rhodes was present and represented by Orly Taitz. The Government was represented by Sheetul Wall, Maj. Rebecca Ausprung, and Capt. Adam Kersey. |
| 12:34 PM | Court called Capt. Connie Rhodes. |
| 12:35 PM | Maj. Ausprung asked permission to correct some information given on Friday, September 11. The Court allowed Maj. Ausprung to provide the accurate information. |
| 12:37 PM | Court questioned Plaintiff regarding her service in the military and her medical training. |
| 12:48 PM | Ms. Taitz questioned Plaintiff. |

| | |
|---|---|
| 12:59 PM | Maj. Ausprung cross-examined the Plaintiff. |
| 12:60 PM | Ms. Taitz conducted redirect of Capt. Rhodes. |
| 1:03 PM | The Court stated all evidence was in, and called on Ms. Taitz for closing argument on behalf of Plaintiff. |
| 1:27 PM | Maj. Ausprung presented Government's closing argument. |
| 1:44 PM | Ms. Taitz presented Plaintiff's rebuttal. |
| 1:55 PM | Court informed parties an Order would be entered no later than Wednesday, September 16, a Noon. |
| 1:57 PM | Court adjourned. |