September 10, 2009

To Whom It May Concern:

I was informed of an emergency hearing being granted by Judge Clay Land this afternoon at approximately 2 pm. As I am current active duty military, I am required to ensure I have leave if not present at my assigned duty station. I am currently scheduled to report to Ft. Benning on September 12, 2009 with my flight leaving Manhattan KS at approximately 7am that morning.

When made aware of the emergency hearing, I contacted my command requesting a day of leave in order to be present for the hearing which would be one day prior to my original orders to be present at Ft. Benning. At approximately 5:15pm, I spoke to my direct supervisor, LTC Kolet Pablo, after returning my previous telephone call. She informed me that Col Jeffery Johnson (IACH Hospital Commander) had denied my request for leave and I was ordered to meet with him at 4pm on September 11, 2009. I explained that this was in regards to my current lawsuit concerning lawful orders. She indicated understanding and stated that I would be unable to attend and to work with my attorney regarding such. I am to report to Ft. Benning on September 12 as originally scheduled.

If I chose not to appear at the hearing, I would be considered AWOL (absent without leave) and disobeying an order from a superior. This would subject me to UCMJ penalty which could include military imprisonment. As such, I am unable to attend the hearing per my military obligations and authorize my attorney, Orly Taitz, to act upon my behalf to pursue my constitutional rights.

Very Respectfully,

*[signature]*

CPT Connie M. Rhodes MD


State: Kansas   County: Riley

**Subscribed And Sworn Before Me**

On Sept 10, 2009 By Connie M Rhodes

*Cheryl K. Smith*

NOTARY PUBLIC - State of Kansas
CHERYL K. SMITH
My Appt. Expires Oct 21 2012

Filed at 2:14 PM
DATE 9/11/09
*Pamela D. Sweeden*
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

Orly Taitz, Bar 223433

duly admitted to practice in this Court on  December 3, 2002

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on  September 10, 2009
      *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
Lupe Thrash, Deputy Clerk
1200

G-52 (09/08)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR