**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

Connie Rhodes,                        *

    Plaintiff                     *

                                    Case Number 4:09-CV-106 (CDL)

vs.                                   *

Thomas D. MacDonald, et al.,          *

    Defendants                    *

## J U D G M E N T

Pursuant to this Court's Order dated September 16, 2009, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 16th day of September, 2009.

                                              Gregory J. Leonard, Clerk

                                              S/ Elizabeth S. Long
                                              Deputy Clerk