UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 9/18/09                                **CASE #:** 4:09-CV-106 (CDL)

**CASE TITLE:** Rhodes v. MacDonald

**DOCUMENT #:** 15

**DOCUMENT TITLE:**   Plaintiff's Request for Stay of Deployment Pending Motions for Rehearing and to Amend or Alter Judgment

**One of the following errors/deficiencies has been identified in the document listed above:**

- ☐ Document e-filed in wrong case
- ☐ Document linked to incorrect document
- ☐ Document exceeds page limits
- ☐ Document requires leave of Court before filing
- ☐ Dismissal must be signed by all parties who have appeared OR by leave of court. (See Federal Rule of Civil Procedure 41.)
- ☐ Incorrect case number on document
- ☒ Incorrect event used - use event **Civil, Motions and Related Filings, Motions, Stay**
- ☒ Document is not signed
- ☐ Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed
- ☐ Certificate of service is missing
- ☐ Corporate Parents and/or Other Affiliates were not added.
- ☐ Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing*)
- ☐ Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.
- ☐ Other:

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐  Docket entry has been corrected

☐  Other:

## CORRECTIVE ACTION REQUIRED BY THE FILER

☒  Document must be re-filed

☐  Document must be re-filed and corporate parents/other affiliates added.

☐  Amended document must be re-filed (and re-noticed) if applicable

☐  Please file a motion for leave to file document

☐  No further action required by the filer

☐  E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov). On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☐  Other:

Gregory J. Leonard, Clerk

By: s/ Timothy L. Frost
     Deputy Clerk