September 18th, 2009

To the Honorable Judge Land:

Currently, I am shipping out to Iraq for my deployment. I became aware on last night's local news that a Motion to Stay my deployment had been entered on my behalf. I did not authorize this motion to be filed. I thank you for hearing my case and respect the ruling given on September 16th, 2009. It is evident that the original filing for the TRO and such was full of political conjecture which was not my interest. I had no intention of refusing orders nor will I. I simply wanted to verify the lawfulness of my orders. I am honored to serve my country and thank you for doing the same.

With that I said, please withdraw the Motion to Stay that Ms. Taitz filed this past Thursday. I did not authorize it and do not wish to proceed. Ms. Taitz never requested my permission nor did I give it. I would not have been aware of this if I did not see it on the late news on Thursday night before going to board my plane to Iraq on Friday, September 18, 2009.

Furthermore, I do not wish for Ms. Taitz to file any future motions or represent me in any way in this court. It is my plan to file a complaint with the California State Bar due to her reprehensible and unprofessional actions.

I am faxing this as was advised by Tim, who works in the District Clerk's office. I will mail the original copy of this letter once I have arrived in Iraq.

Respectfully,

*[signature]*

CPT Connie M. Rhodes, MD