Dr. Orly Taitz, Esq
Attorney & Counselor at Law
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
ph. 949-683-5411
fax 949-766-6036
California Bar ID No. 223433

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMUS DIVISION
120 12th Street  P.O. Box 124  Columbus, Georgia 31902

| | |
|---|---|
| CAPTAIN CONNIE RHODES, M.D. F.S., §<br>    Plaintiff,                          §<br>                                      §<br>v.                                    §<br>                                      §<br>COLONEL THOMAS D. MACDONALD, §<br>GARRISON COMMANDER, FORT     §<br>BENNING, GEORGIA,             §<br>GEORGE STEUBER, DEPUTY        §<br>COMMANDER, FORT BENNING,      §<br>DR. ROBERT M. GATES, UNITED   §<br>STATES SECRETARY OF DEFENSE,  §<br>BARACK HUSSEIN OBAMA, ***de facto*** §<br>PRESIDENT of the UNITED STATES, §<br>    Defendants.                      § | Civil Action No<br><br>**4:09-cv-00106-CDL**<br><br><br><br>PLAINTIFF'S REQUEST FOR<br>STAY OF DEPLOYMENT<br>PENDING MOTIONS FOR<br>REHEARING AND TO AMEND<br>OR ALTER JUDGMENT |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney comes before this Court to respectfully ask for leave to withdraw as counsel for the Plaintiff Captain Connie Rhodes.  The immediate need for this withdrawal is the filing of two documents of September 18, 2009, one by the Court, Document 17, and one apparently by Plaintiff Connie Rhodes, which together have the effect of creating a serious conflict of interest between Plaintiff and her counsel.  In order to defend herself, the undersigned counsel will have to contest and potentially appeal any sanctions order in her own name alone, separately from the Plaintiff, by offering and divulging what would

*Motion of Plaintiff's Counsel to Withdraw from Representation in order to prepare answer to order to show cause and otherwise defend against Court regarding sanctions issue.*                                                    1

normally constitute inadmissible and privileged attorney-client communications, and take a position contrary to her client's most recently stated position in this litigation.  The undersigned attorney will also offer evidence and call witnesses whose testimony will be adverse to her (former) client's most recently stated position in this case.  A copy of this Motion was served five days ago on the undersigned's former client, Captain Connie Rhodes, prior to filing this with the Court and the undersigned acknowledges her client's ability to object to this motion, despite her previously stated disaffection for the attorney-client relationship existing between them.

This Motion to Withdraw as Counsel will in no way delay the proceedings, in that the Plaintiff has separately indicated that she no longer wishes to continue to contest any issue in this case.  In essence, this case is now a quasi-criminal prosecution of the undersigned attorney, for the purpose of punishment, and the Court should recognize and acknowledge the essential ethical importance of releasing this counsel from her obligations of confidentiality and loyalty under these extraordinary circumstances.

Respectfully submitted,

SATURDAY, September 26, 2009

By:_____
Orly Taitz, DDS, Esq.
California Bar ID No. 223433
FOR THE PLAINTIFF
**Captain Connie Rhodes, M.D. F.S.**
29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688
Ph. W.: 949-586-8110 Cell: 949-683-5411
Fax 949-766-6036
E-MAIL: dr_taitz@yahoo.com

*Motion of Plaintiff's Counsel to Withdraw from Representation in order to prepare answer to order to show cause and otherwise defend against Court regarding sanctions issue.*   2

**CERTIFICATE OF SERVICE**

The above-and-foregoing Motion to Withdraw as Counsel was served by facsimile on Saturday, September 26, 2009, on the following parties:

Colonel Thomas D. MacDonald
Garrison Commander, Fort Benning, Georgia
Hugh Randolph Aderhold , Jr.
PO Box 1702
Macon , GA 31202-1702
478-621-2728
Email: Randy.Aderhold@usdoj.gov

Col. Louis B. Wingate
**U. S. Army Human Resources Command-St. Louis
1 Reserve Way, St. Louis, MO 63132** .

Dr. Robert M. Gates, Secretary of Defense, by and through the Pentagon:
1000 Defense Pentagon  Washington, DC 20301-1000

Sheetul S. Wall U.S. Attorney's Office, Fax 706-649-7667
P.O. Box 2568 Columbus, Georgia 31902-2568
MAJOR REBECCA E. AUSPRUNG
Department of the Army
U.S. Army Litigation Division
901 North Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: 703-696-1614
Email: Rebecca.Ausprung@us.army.mil

President Barack Hussein Obama,
At
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500

by and through the Attorney General of the United States, Eric Holder, at

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and Maxwell Wood, United States Attorney for the Middle District of Georgia, at

*Motion of Plaintiff's Counsel to Withdraw from Representation in order to prepare answer to order to show cause and otherwise defend against Court regarding sanctions issue.*   3

U.S. Attorney's Office  Gateway Plaza  300 Mulberry Street, 4th Floor Macon, Georgia 31201  Tel: (478) 752-3511

And also at:

Columbus Division   1246 First Avenue   SunTrust Building, 3rd Floor  Columbus, Georgia 31901   Tel: (706) 649-7700.

**A. Brian Albritton**
**United States Attorney for the**
**Middle District of Florida**
**400 N. Tampa Street, Suite 3200**
**Tampa, Florida 33602**
**Phone: (813) 274-6000**
**Fax : (813) 274-6358**

_____
Attorney Orly Taitz, Esquire, former attorney
  For the Plaintiff
  Captain Connie Rhodes, M.D. F.S.

*Motion of Plaintiff's Counsel to Withdraw from Representation in order to prepare answer to order to show cause and otherwise defend against Court regarding sanctions issue.*     4