Dr. Orly Taitz, Esq
Attorney & Counselor at Law
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
ph. 949-683-5411
fax 949-766-7603
California Bar ID No. 223433

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMUS DIVISION

120 12th Street   P.O. Box 124   Columbus, Georgia 31902

| | |
|---|---|
| CAPTAIN CONNIE RHODES, M.D. F.S., §<br>      Plaintiff,                          §<br>                                              §<br>v.                                          §<br>                                              §<br>COLONEL THOMAS D. MACDONALD, §<br>GARRISON COMMANDER, FORT    §<br>BENNING, GEORGIA,                §<br>GEORGE STEUBER, DEPUTY       §<br>COMMANDER, FORT BENNING,  §<br>DR. ROBERT M. GATES, UNITED  §<br>STATES SECRETARY OF DEFENSE, §<br>BARACK HUSSEIN OBAMA, ***de facto*** §<br>PRESIDENT of the UNITED STATES, §<br>      Defendants. | Civil Action No<br><br>**4:09-cv-00106-CDL** |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney comes before this Court to respectfully ask for leave to withdraw as counsel for the Plaintiff Captain Connie Rhodes.  The immediate need for this withdrawal is the filing of two documents of September 18, 2009, one by the Court, Document 17, and one apparently by Plaintiff Connie Rhodes, which together have the effect of creating a serious conflict of interest between Plaintiff and her counsel.  In order to defend herself, the undersigned counsel will have to contest and potentially appeal any sanctions order in her own name alone, separately from the Plaintiff, by offering and divulging what would

*Motion of Plaintiff's Counsel to Withdraw from Representation in order to prepare answer to order to show cause and otherwise defend against Court regarding sanctions issue.*                                    1

normally constitute inadmissible and privileged attorney-client communications, and take a position contrary to her client's most recently stated position in this litigation.  The undersigned attorney will also offer evidence and call witnesses whose testimony will be adverse to her (former) client's most recently stated position in this case.  A copy of this Motion was served five days ago on the undersigned's former client, Captain Connie Rhodes, prior to filing this with the Court and the undersigned acknowledges her client's ability to object to this motion, despite her previously stated disaffection for the attorney-client relationship existing between them.

This Motion to Withdraw as Counsel will in no way delay the proceedings, in that the Plaintiff has separately indicated that she no longer wishes to continue to contest any issue in this case.  In essence, this case is now a quasi-criminal prosecution of the undersigned attorney, for the purpose of punishment, and the Court should recognize and acknowledge the essential ethical importance of releasing this counsel from her obligations of confidentiality and loyalty under these extraordinary circumstances.          September 26, 2009

Respectfully submitted,

By:_____/s/_____

Dr. Orly Taitz,  Esq.
California Bar ID No. 223433
29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688
Ph. W.: 949-586-8110 Cell: 949-683-5411
Fax 949-766-7603

*Motion of Plaintiff's Counsel to Withdraw from Representation in order to prepare answer to order to show cause and otherwise defend against Court regarding sanctions issue.*   2