IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CONNIE RHODES, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:09-CV-106 (CDL) |
| THOMAS D. MACDONALD, Colonel, | * |
| Garrison Commander, Fort | |
| Benning; et al., | * |
| Defendants. | * |

O R D E R

Plaintiff's counsel filed a motion to withdraw as counsel for Plaintiff (Doc. 20). Plaintiff apparently does not object to such withdrawal. (*See* Doc. 18.) Accordingly, counsel's motion to withdraw is granted with the following conditions. Counsel remains subject to the jurisdiction of this Court for purposes of the Court's show cause sanctions order and related proceedings, and Plaintiff remains subject to the jurisdiction of this Court for purposes of the Court's previous order casting the court costs upon Plaintiff.

The Court further notes that this order shall not be construed to authorize Plaintiff's counsel to breach any attorney-client privilege that may exist due to counsel's representation of Plaintiff. Moreover, the Court notifies counsel that in issuing its show cause sanctions order, the Court did not rely upon the letter sent by Plaintiff purporting to discharge counsel (Doc. 18), nor does the Court intend to rely upon that document in future proceedings regarding sanctions against Plaintiff's counsel. Whether Plaintiff

expressly authorized counsel to file the motion for reconsideration is irrelevant to the Court's determination of whether the filing was legally frivolous.

IT IS SO ORDERED, this 28th day of September, 2009.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE