Dr. Orly Taitz, Esq
Attorney & Counselor at Law
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
ph. 949-683-5411
fax 949-766-7603
California Bar ID No. 223433

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
120 12th Street    P.O. Box 124    Columbus, Georgia 31902

| | |
|---|---|
| CAPTAIN CONNIE RHODES, M.D. F.S., §<br>Plaintiff,                          §<br>                                           §<br>v.                                        §<br>                                           §<br>COLONEL THOMAS D. MACDONALD, §<br>GARRISON COMMANDER, FORT  §<br>BENNING, GEORGIA,              §<br>GEORGE STEUBER, DEPUTY     §<br>COMMANDER, FORT BENNING, §<br>DR. ROBERT M. GATES, UNITED §<br>STATES SECRETARY OF DEFENSE, §<br>BARACK HUSSEIN OBAMA, *de facto* §<br>PRESIDENT of the UNITED STATES, §<br>    Defendants. | Civil Action No<br><br>**4:09-cv-00106-CDL** |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney comes before this Court to respectfully ask for leave to withdraw as counsel for the Plaintiff Captain Connie Rhodes.  The immediate need for this withdrawal is the filing of two documents of September 18, 2009, one by the Court, Document 17, and one apparently by Plaintiff Connie Rhodes, which together have the effect of creating a serious conflict of interest between Plaintiff and her counsel.  In order to defend herself, the undersigned counsel will have to contest and potentially appeal any sanctions order in her own name alone, separately from the Plaintiff, by offering and divulging what would

normally constitute inadmissible and privileged attorney-client communications, and take a position contrary to her client's most recently stated position in this litigation. The undersigned attorney will also offer evidence and call witnesses whose testimony will be adverse to her (former) client's most recently stated position in this case. A copy of this Motion was served five days ago on the undersigned's former client, Captain Connie Rhodes, prior to filing this with the Court and the undersigned acknowledges her client's ability to object to this motion, despite her previously stated disaffection for the attorney-client relationship existing between them.

    This Motion to Withdraw as Counsel will in no way delay the proceedings, in that the Plaintiff has separately indicated that she no longer wishes to continue to contest any issue in this case. In essence, this case is now a quasi-criminal prosecution of the undersigned attorney, for the purpose of punishment, and the Court should recognize and acknowledge the essential ethical importance of releasing this counsel from her obligations of confidentiality and loyalty under these extraordinary circumstances.

    September 26, 2009

    Respectfully submitted,

    By:_____/s/_Orly Taitz

    Dr. Orly Taitz,  Esq.

    California Bar ID No. 223433
    29839 S. Margarita Pkwy
    Rancho Santa Margarita Ca 92688
    Ph. W.: 949-586-8110 Cell: 949-683-5411
    Fax 949-766-7603

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sheetul S. Wall'

Assistant US Atty

Middle District of GA

PO Box 2568

Columbus GA 31902

Major Rebecca E. Ausprung

Department of the Army

US Army Litigation Division

901 North Stuart str., ste 400

Arlington VA 22203-1837                    Respectfully submitted,

                                                                     By:_____/s/_Orly Taitz

                                                                        Dr. Orly Taitz, ESQ

                                                                        CA Bar 223433

                                                                 29839 S. Margarita Pkwy
                                             Rancho Santa Margarita Ca 92688

Ph. W.: 949-586-8110 Cell: 949-683-5411  
Fax 949-766-7603