Orly Taitz, Esq
Attorney & Counselor at Law
29839 S. Margarita Pkwy
Rancho Santa Margarita CA
ph. 949-683-5411
fax 949-766-7603
California Bar ID No. 223433
Pro hac vice Middle District of GA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
**120 12th Street  P.O. Box 124  Columbus, Georgia 31902**

| | |
|---|---|
| CAPTAIN CONNIE RHODES, M.D. F.S.,§ | |
|    Plaintiff,                    § | |
|                                   § | |
| v.                                § | |
|                                   § | |
| COLONEL THOMAS D. MACDONALD, § | Civil Action No:09-106 |
| GARRISON COMMANDER, FORT § | |
| BENNING, GEORGIA,            § | |
| GEORGE STEUBER, DEPUTY    § | MOTION FOR ENLARGEMENT |
| COMMANDER, FORT BENNING,  § | OF TIME UNTIL OCTOBER 16, |
| DR. ROBERT M. GATES, UNITED § | 2009, TO RESPOND TO THE |
| STATES SECRETARY OF DEFENSE, § | ORDER TO SHOW CAUSE |
| BARACK HUSSEIN OBAMA, *de facto* § | FILED BY JUDGE CLAY D. |
| PRESIDENT of the UNITED STATES, § | LAND on September 18, 2009. |
|    Defendants.                § | |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO COURT'S SEPTEMBER 18, 2009, ORDER TO SHOW CAUSE**

**Comes now the undersigned Orly Taitz, respondent to this Court's Order to Show Cause entered in whole or in part pursuant to Rule 11(c)(3) of the Federal Rules of Civil Procedure, with this Motion for Enlargement of Time to Respond this Court's September 18, 2009 Order to Show Cause.**

**As of even date with this Motion, to wit on October 2, 2009, the undersigned counsel, appearing and acting now *in propia persona*,**

has filed her Motion to Recuse the Honorable Clay D. Land.  The undersigned Respondent accordingly moves and requests that this Court grant her an enlargement of time to Respond to said OSC until the later of the following two dates: either Friday October 16, 2009, or one week after this Court's resolution of her Motion to Recuse filed on this day.

The preparation of the response to this Order to Show Cause is in large part dependent upon whether the chief complaining witness, Judge Clay D. Land himself, will also serve as prosecuting attorney, judge, and jury of his complaint to impose a penalty for the undersigned attorney's alleged misconduct in the amount of $10,000.00.

Furthermore, the Court's emphasis on counsel's "political agenda" and his pejorative characterization of that agenda without reference to most of the issues raised in the papers actually filed with this Court raise certain constitutional issues of defense which this undersigned respondent, acting ***in propia persona*** cannot reasonably research and brief by the close of business on October 2, 2009, the current due date for the filing and submission of the Response to this Court's Order to Show Cause.

WHEREFORE, Orly Taitz prays for an enlargement of time until October 16, 2009, or one week (seven days) after the disposition of her Motion to Recuse the Honorable Clay D. Land pursuant to 28 U.S.C. §§144 and 455(a).

Respectfully submitted,

Friday, October 2, 2009

***/s/ Orly Taitz, Esq.***

By:_____

Dr. Orly Taitz, Esq., Attorney-at-Law
***in propia persona***

Law Offices of Orly Taitz, Esq., Suite 100
29839 Santa Margarita Parkway
Rancho Santa Margarita, California

Telephone: 949-683-5411
Facsimile 949-766-7603

(California SBN 223433)

E-Mail: dr_taitz@yahoo.com

## CERTIFICATE OF SERVICE

The above-and-foregoing Motion for Enlargement of Time to Respond to the Order to Show Cause entered by the Honorable Clay D. Land on September 18, 2009, was served by facsimile on Friday, October 2, 2009, on the following parties:

Colonel Thomas D. MacDonald
Garrison Commander, Fort Benning, Georgia
Hugh Randolph Aderhold , Jr.
PO Box 1702
Macon , GA 31202-1702
478-621-2728
Email: Randy.Aderhold@usdoj.gov

Col. Louis B. Wingate
**U. S. Army Human Resources Command-St. Louis**
**1 Reserve Way, St. Louis, MO 63132** .

Dr. Robert M. Gates, Secretary of Defense, by and through the Pentagon:
1000 Defense Pentagon  Washington, DC 20301-1000

Sheetul S. Wall U.S. Attorney's Office, Fax 706-649-7667
P.O. Box 2568 Columbus, Georgia 31902-2568
MAJOR REBECCA E. AUSPRUNG
Department of the Army
U.S. Army Litigation Division
901 North Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: 703-696-1614
Email: Rebecca.Ausprung@us.army.mil

*Motion for Enlargment of Time to Respond to the Order to Show*     3
*Cause entered by the Honorable Clay D. Land, on September 18, 2009*

President Barack Hussein Obama,
At
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500

by and through the Attorney General of the United States, Eric Holder, at

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and Maxwell Wood, United States Attorney for the Middle District of Georgia, at

U.S. Attorney's Office  Gateway Plaza  300 Mulberry Street, 4th Floor Macon,
Georgia 31201  Tel: (478) 752-3511

And also at:

Columbus Division   1246 First Avenue   SunTrust Building, 3rd Floor
 Columbus, Georgia 31901   Tel: (706) 649-7700.

**A. Brian Albritton**
**United States Attorney for the**
**Middle District of Florida**
**400 N. Tampa Street, Suite 3200**
**Tampa, Florida 33602**
**Phone: (813) 274-6000**
**Fax : (813) 274-6358**

*/s/ Orly Taitz, Esq.*

_____
Attorney Orly Taitz, Esquire, former attorney
   For the Plaintiff
   Captain Connie Rhodes, M.D. F.S.