# GENERAL AFFIDAVIT

1. State of Georgia
County of __BACON__

BEFORE ME, the undersigned Notary, __LAMAR ROZIER__ on this __26TH__ [day of month] day of __SEPTEMBER__ [month], 20__09__, personally appeared

___Robert D. Douglas_____, known to me to be a credible person and of lawful age, who being by me first duly sworn, on __his__ [his or her] oath, deposes and says:

On the day of the hearing for Major Stephan Cook before Federal Judge Clay D. Land, Columbus, Ga., my wife, my wife's sister, her husband and I had entered the little coffee shop directly across from the Court House while waiting for the doors to open to the public. I was sitting in the small seating area, set aside for their customers, while facing and looking directly at the entrance to the shop. All persons entering had to pass withing 8-10 feet from where I was sitting.

I looked up and immediately recognized an individual entering and approaching the serving counter, due to his well know TV displayed distinguishing features: his trim upper lip mustache, not large of stature and general olive complexion. I new instantly it was none other than Eric Holder, the current Attorney General of the United States. I called this to the attention of those present and all agreed it appeared to be who I readily recognized. He entered unguarded, no accompanying entourage and probably thought he would not be recognized.

Red flags went up immediately in my mind and the questions remain, as yet. Why does the Attorney General of the United States need to be present in an obscure hearing well off his beaten path? Could it possibly be, since Holder did not present himself in open court, he may have had a little "whisper in the ear" to a Federal Judge in order to bias his judicial vision and adhere to the Presidents agenda of obstruction?

Only Judge Clay D. Land can answer those questions.

_[signature]_
[signature of affiant]

Robert D. Douglas
[typed name of affiant]

192 Pondhouse Rd.
[address of affiant, line 1]

Alma, Ga. 31510
[address of affiant, line 2]