Subscribed and sworn to before me, this ___26TH___ [day of month] day of ___SEPTEMBER___
[month], 20_09_.

[Notary Seal.]

_Lamar Rozier_
[signature of Notary]

_LAMAR ROZIER_
[typed name of Notary]

**NOTARY PUBLIC**

My commission expires: ___September 30_, 20_12_.