| | | |
|---|---|---|
| GREGORY J. LEONARD, Clerk<br>Telephone: (706) 649-7816<br>Facsimile: (706) 649-7790 | UNITED STATES DISTRICT COURT<br>OFFICE OF THE CLERK<br>MIDDLE DISTRICT OF GEORGIA<br>120 TWELFTH STREET<br>P.O. BOX 124<br>COLUMBUS, GEORGIA 31902-0124 | OFFICES<br>ALBANY 31701<br>ATHENS 30601<br>COLUMBUS 31902<br>MACON 31202<br>VALDOSTA 31601 |

October 23, 2009

Clerk, U.S. Court of Appeals–Eleventh Circuit     USDC No. 4:09-CV-106 (CDL)
56 Forsyth Street, N.W.     USCA No.
Atlanta, GA 30303

      In Re: <u>RHODES V. MACDONALD et al</u>

Dear Clerk:

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒     Certified copy of notice of appeal, docket entries, and order appealed from attached. If opinion/order was oral, please check box. ☐

☒     First Notice of Appeal: ☒ Yes     ☐ No

☐     There was no hearing from which a transcript can be made.

☒     The appellate docket fee has been paid: ☒ Yes   ☐ No
      Date Paid: October 20, 2009

☐     An appeal bond has been posted     ☐ Cost Bond ☐ Supersedeas Bond

☒     The judge appealed from is Judge Land.

☒     The court reporter is Betsy Peterson.

☐     This is an appeal of a bankruptcy order. Bankruptcy order appealed from and a copy of bankruptcy docket enclosed. Bankruptcy Judge is

☐     This is a DEATH PENALTY appeal.

                                                         Sincerely,

                                                         Gregory J. Leonard, Clerk

                                                         S/ Terrie L. Smith

                                                         Deputy Clerk