UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile:  (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

# M E M O R A N D U M

TO:        Attorney Orly Taitz, Movant

FROM:    Clerk, U.S. District Court

DATE:    October 23, 2009

RE:        Case Number: 4:09-CV-106 (CDL)
              RHODES V. MACDONALD et al

   Notice of Appeal in the above-referenced case was filed on October 20, 2009.  The *Eleventh Circuit Transcript Information Sheet* has been sent to you.

   **You should complete and file the original (yellow copy) of the *Transcript Information Form* no later than November 13, 2009,** including those cases in which there was no hearing or for which no transcript is ordered.  **If ordering a transcript, send the pink and green pages to the appropriate Court Reporter(s).**  Send a photocopy of the *Transcript Information Form* along with an executed *Civil Appeal Statement Form,* which can be found at the district court's website (www.gamd.uscourts.gov), to the U.S. Court of Appeals, 56 Forsyth Street NW, Atlanta, GA   30303.  A photocopy of the form should also be furnished to other parties or their counsel of record.

Sincerely,

Gregory J. Leonard, Clerk

S/ Terrie L. Smith
Deputy Clerk

Enclosures