Victor M. Serby
255 Hewlett Neck Rd
Woodmere NY 11598



Postmark: MID-ISLAND NY 117, PM OCT 19 2009

CLERK
US DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
US POST OFFICE and COURT HOUSE
120 12th STREET
COLUMBUS, GA 31902