PLEASE RETURN TO:

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7789

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

*U.S. COURT OF APPEALS RECEIVED CLERK OCT 26 2009 ATLANTA, GA.*

October 23, 2009

Clerk, U.S. Court of Appeals–Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

USDC No. 4:09-CV-106 (CDL)
USCA No.

**09-15418BB**

In Re: RHODES V. MACDONALD et al

Dear Clerk:

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒   Certified copy of notice of appeal, docket entries, and order appealed from attached.
    If opinion/order was oral, please check box. ☐

☒   First Notice of Appeal: ☒ Yes    ☐ No

☐   There was no hearing from which a transcript can be made.

☒   The appellate docket fee has been paid ☒ Yes   ☐ No
    Date Paid: October 20, 2009

☐   An appeal bond has been posted      ☐ Cost Bond ☐ Supersedeas Bond

☒   The judge appealed from is Judge Land.

☒   The court reporter is Betsy Peterson.

☐   This is an appeal of a bankruptcy order. Bankruptcy order appealed from and a copy of bankruptcy docket enclosed. Bankruptcy Judge is

☐   This is a DEATH PENALTY appeal.

Sincerely,

Gregory J. Leonard, Clerk

S/ Terrie L. Smith
Deputy Clerk