IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CONNIE RHODES,                          *

        Plaintiff,                      *

vs.                                     *
                                                CASE NO. 4:09-CV-106 (CDL)
THOMAS D. MACDONALD, Colonel,           *
Garrison Commander, Fort
Benning; *et al.*,                      *

        Defendants.                     *

_____

O R D E R

Orly Taitz has failed to pay the $20,000.00 sanction ordered by the Court on October 13, 2009. Accordingly, the Clerk is ordered to enter final judgment in favor of the United States of America and against Orly Taitz in the principal amount of $20,000.00. The United States Attorney is authorized and directed to collect the judgment as provided by law.

IT IS SO ORDERED, this 13th day of November, 2009.

                        S/Clay D. Land
                        _____
                            CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE