IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CONNIE RHODES,  &ast;
Captain, M.D. F.S.,
                                                                                                                                                                                                                                                                                                      

    Plaintiff                       Case Number 4:09-CV-106 (CDL)

vs.

THOMAS D. MACDONALD, Colonel,
Garrison Commander, Fort
Benning; et al.,

    Defendants

## J U D G M E N T

Pursuant to this Court's Order dated November 13, 2009 and for the reasons stated therein, JUDGMENT is hereby entered in favor of the United States of America against Orly Taitz in the principal amount of Twenty Thousand and 00/100ths Dollars ($20,000.00). This amount shall accrue interest from the date of entry of judgment at the rate of .36% per annum until paid in full.

This 13th day of November, 2009.

                                       Gregory J. Leonard, Clerk

                                       S/ Terrie L. Smith
                                       Deputy Clerk

Approved by:


 S/Clay D. Land
Clay D. Land
United States District Judge