UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 128
MACON, GEORGIA 31202-0128

GREGORY J. LEONARD
CLERK
PHONE:478/752-3497

FAX: 478/752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

January 13, 2010

Clerk, U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

     RE:    USCA # 09-15418-BB

           USDC # 4:09-cv-106-CDL

           Connie Rhodes v Thomas D. MacDonald, et al

Pursuant to FRAP 11(c), the Clerk of the District Court for the Middle District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record, including the transcript(s) or parts thereof designated for inclusion and all necessary exhibit(s) consists of:

      1     Volume of Pleadings

      2     Volumes of Transcripts

Sincerely,
s/Nora Paul
Operations Specialist
nora_paul@gamd.uscourts.gov

cc: Attorneys of Record