UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK

| | | |
|---|---|---|
| GREGORY J. LEONARD<br>CLERK<br>PHONE:478/752-3497<br><br>FAX: 478/752-3496 | MIDDLE DISTRICT OF GEORGIA<br>475 MULBERRY STREET<br>P. O. BOX 128<br>MACON, GEORGIA 31202-0128 | OFFICES<br>ALBANY 31701<br>ATHENS 30601<br>COLUMBUS 31902<br>MACON 31202<br>VALDOSTA 31601 |

January 13, 2010

Clerk, U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      RE:    USCA # 09-15418-BB

             USDC # 4:09-cv-106-CDL

             Connie Rhodes v Thomas D. MacDonald, et al

Per your request, enclosed please find the record on appeal with regard to the above-captioned case consisting of:

        1        Volume of Pleadings

        2        Volumes of Transcripts

Sincerely,
s/Nora Paul
Operations Specialist
nora_paul@gamd.uscourts.gov

cc: Attorneys of Record