# United States Court of Appeals
For the Eleventh Circuit

No. 09-15418

District Court Docket No.
09-00106-CV-CDL-4

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Mar 15, 2010
JOHN LEY
CLERK

CONNIE RHODES,
Captain, M.D., F.S.,

    Plaintiff,

DR. ORLY TAITZ,

    Interested Party -Appellant,

versus

THOMAS D. MACDONALD, Colonel,
Garrison Commander, Fort Benning,
GEORGE STEUBER, Deputy
Commander, Fort Benning,
ROBERT M. GATES,
Secretary of Defense,
BARACK HUSSEIN OBAMA,

    Defendants-Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Georgia

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
MAY 2 4 2010
U.S. COURT OF APPEALS
ATLANTA GA

Entered:    March 15, 2010
For the Court:    John Ley, Clerk
By:    Gilman, Nancy