[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-15418
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 15, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00106-CV-CDL-4

CONNIE RHODES,
Captain, M.D., F.S.,

                                    Plaintiff,

DR. ORLY TAITZ,

                                    Interested Party-Appellant,

versus

THOMAS D. MACDONALD, Colonel,
Garrison Commander, Fort Benning,
GEORGE STEUBER, Deputy,
Commander, Fort Benning,
ROBERT M. GATES,
Secretary of Defense,
BARACK HUSSEIN OBAMA,

                                    Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Georgia

(March 15, 2010)

Before TJOFLAT, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Orly Taitz appeals the district court's imposition of a monetary sanction against her in the sum of $20,000 pursuant to Rule 11(c)(3) of the Federal Rules of Civil Procedure. Taitz argues that (1) the district court was required to recuse after she challenged the procedure the court was employing to determine whether to sanction her under Rule 11 and (2), assuming that recusal was not required, the court failed to afford her the due process Rule 11(c)(3) requires.

We have fully considered Taitz's arguments. We find them unpersuasive and therefore affirm the district court's sanctions judgment.

AFFIRMED.

A True Copy Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia