IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CONNIE RHODES, Captain, M.D. F.S., | : : : |
| Plaintiff, | : : |
| vs. | : Case Number: 4:09-CV-106 (CDL) |
| THOMAS D. MACDONALD, Colonel, Garrison Commander, Fort Benning; et al. | : : : : |
| Defendant. | : : |

SATISFACTION OF JUDGMENT

The judgment in favor of the United States of America against Orly Taitz in the principal amount of Twenty Thousand and 00/100ths Dollars ($20,000.00) having been paid in full, the Clerk of the United States District Court for the Middle District of Georgia is hereby authorized and empowered to satisfy and cancel said judgment of record.

This   9th   day of   September  , 2010.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

BY:  /s/ H. Randolph Aderhold
H. Randolph Aderhold
Bar Number: 005150
Attorney for Government
United States Attorney's Office
P.O. Box 1702
Macon, GA 31202
Telephone: (478) 621-2700
Fax: (478) 621-2737

## CERTIFICATE OF SERVICE

I, H. Randolph Aderhold, Assistant United States Attorney, hereby certify that on September 9, 2010, I mailed the foregoing document by the United States Postal Service to the following:

Orly Taitz
26302 La Paz Ste 211
Mission Viego, CA 92691

                            G.F. PETERMAN, III
                            ACTING UNITED STATES ATTORNEY

BY:   **/s/ H. Randolph Aderhold**
        H. Randolph Aderhold
        Bar Number: 005150
        Attorney for Government
        United States Attorney's Office
        P.O. Box 1702
        Macon, Ga. 31202
        Telephone: (478) 621-2700
        Fax: (478) 621-2737